The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDIO MORAIS DOS SANTOS,

    Plaintiff,

v.

STARBUCKS; STEVIE NEET; JOANNA SMITH; TONY REYES; and COURTNEY HENDERSON,

    Defendants.

Case No. 2:18-cv-01787-MJP

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT STARBUCKS TO ANSWER, MOVE AND/OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendant Starbucks Corporation[1] ("Defendant Starbucks") requests that the Court extend the time by which Defendant Starbucks is to answer, move and/or otherwise respond to Plaintiff's Complaint to and until March 14, 2019. Defendant Starbucks' responsive pleading to Plaintiff's Complaint is currently due on February 28, 2019. An extension is needed for Defendant Starbucks to investigate the allegations made in Plaintiff's Complaint. The parties have conferred in good faith with regard to Defendant Starbucks' request and the instant stipulation. Plaintiff, through his signature below, consents to Defendant Starbucks' request.

---

[1] Captioned as "Starbucks."

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 1
2:18-CV-01787-MJP

| | |
|---|---|
| March 6, 2019 | March 6, 2019 |
| (*w/ written authorization given via email*) | |
| *s/ Claudio Morais Dos Santos* | *s/ James G. Zissler* |
| Claudio Morais Dos Santos<br>2212 1st Ave. – Rm 213<br>Seattle, WA 98121<br>Tel: 206.886.4638<br>dsclaudio100@gmail.com<br><br>Pro Se Plaintiff | James G. Zissler, WSBA #30287<br>jzissler@littler.com<br>M. Kathryne Bosbyshell, WSBA #47469<br>kbosbyshell@littler.com<br>LITTLER MENDELSON, P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Phone: 206.623.3300<br>Fax: 206.447.6965<br><br>Attorneys for Defendant<br>STARBUCKS |

**ORDER**

**IT IS SO ORDERED.**

DATED: March 6, 2019

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF
TIME - 2
2:18-CV-01787-MJP