The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIO MORAIS DOS SANTOS,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS; STEVIE NEET; JOANNA SMITH; TONY REYES; and COURTNEY HENDERSON,<br><br>Defendants. | Case No. 2:18-cv-01787-MJP<br><br>**ORDER GRANTING STIPULATED MOTION FOR TEMPORARY STAY OF THE CASE** |

Plaintiff Claudio Morais Dos Santos ("Plaintiff") and Defendant Starbucks Corporation[1] ("Starbucks") (collectively the "Parties") hereby move on a stipulated and agreed basis for an order temporarily staying all litigation in this case while the Parties participate in settlement negotiations in an attempt to reach an agreement to resolve this case without incurring the expense of discovery and motion practice. In support of this Stipulated Motion, Plaintiff and Starbucks jointly state as follows:

1. On February 7, 2019, Starbucks was served with Plaintiff's Complaint.[2]

---

[1] Captioned as "Starbucks."
[2] Starbucks is the only Defendant in this action that has been served with a summons and complaint.

ORDER GRANTING TEMPORARY STAY - 1
2:18-CV-01787-MJP

2. Plaintiff and Starbucks have submitted a request for a Pro Bono Mediator as outlined in LCR 39.1. If the Pro Bono Mediation request is denied, the parties will explore settlement and mediation at their own expense.

3. The Parties agree and respectfully request that this case be temporarily stayed so that the Parties may conserve their resources while exploring resolution.

4. If resolution is unsuccessful, Starbucks will respond to Plaintiff's Complaint within 20 days after the failed mediation by filing a Motion to Compel Arbitration.

5. Neither Plaintiff nor Starbucks waive any right to move to compel arbitration or otherwise oppose any such motion.

6. On the basis of the foregoing, the Parties request the Court enter an Order staying this action for all purposes so that the Parties may conduct early settlement efforts. In imposing the stay, the Parties request that the Court vacate the current initial deadlines.

IT IS SO STIPULATED.

March 21, 2019

*(w/ verbal authorization provided on 3/21/19)*

*s/ Claudio Morais Dos Santos*
Claudio Morais Dos Santos
2212 1st Ave. – Rm 213
Seattle, WA 98121
Tel: 206.886.4638
dsclaudio100@gmail.com

Pro Se Plaintiff

March 21, 2019

*s/ James G. Zissler*
James G. Zissler, WSBA #30287
jzissler@littler.com
M. Kathryne Bosbyshell, WSBA #47469
kbosbyshell@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax: 206.447.6965

Attorneys for Defendant
STARBUCKS

# ORDER

Having reviewed the Parties' Stipulated Motion requesting a temporary stay of all litigation in this case while the Parties participate in settlement negotiations in an attempt to reach an early resolution of this case, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action shall be stayed for sixty (60) days to enable the Parties to focus on and conduct early settlement efforts.

In the event that resolution is unsuccessful, the Parties shall submit a joint status report to the Court within ten (10) days after the concluded mediation and Defendant shall respond to Plaintiff's Complaint within twenty (20) days after the concluded mediation.

In the event that resolution is successful, the Parties shall submit a joint status report to the Court within ten (10) days after the concluded mediation.

**In any event, the Parties shall submit a joint status report to the Court on or before May 20, 2019 advising it of their progress.**

All current initial case deadlines are otherwise hereby vacated.

**IT IS SO ORDERED.**

DATED: March 22, 2019

_____
Marsha J. Pechman
United States District Judge